***Return to:***   Department of Justice |Tax Division
Financial Litigation Unit| Office of Review
P.O. Box 310, Ben Franklin Station
Washington, DC 20044

## ABSTRACT OF JUDGMENT
## NOTICE

FILED USDC – CLRK DET
2022 NOV 4 PM12:13

     Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time.  The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal.  If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
| --- | --- |
| Lynne Potoroka<br>47321 Malburg Dr.<br>Macomb, MI 48044 | United States of America |

| Amount of Judgment | Names of Creditor's Attorneys | Docketed |
| --- | --- | --- |
| $77,121.91, plus statutory additions, including interest. | United States Department of Justice Tax Division, TaxFLU OOR P.O. Box 310 Ben Franklin Station Washington, D.C. 20044 (202) 307-6567 taxflu.taxcivil@usdoj.gov | June 29, 2021 CIV No. 2:20-CV-10008-DPH-MJH |

UNITED STATES OF AMERICA    CLERK'S OFFICE    U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
*SS*

    I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated: _____11-4-22_____ , 2022

By: _____K-Btn_____ , Deputy Clerk



FILED
NOV 0 4 2022
CLERK'S OFFICE
DETROIT